FILED

AUG 17 2020

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

1:20-CV-00546

Aug. 11 2020

On June 22 2020 I coverd my window due to not recieving my commisary order that I put in, nor did "A" range recieve theirs. for no reason. I requested to talk to the Captain for a decent answer as to why I (along with many others) wont be able to buy a book of stamps to write our familys for an additional 2 weeks on top of the 2 weeks we have just waited. As we only got to order once every 2 weeks. There is a pandemic going on in the world and I rely on mail to have a steady correspondence with my family. Some of whom are in the medical field. I took down my window cover 4 times to talk with numerous CO.s and Counselors, CO. Kindricks, Counselor Lily and stocks as documented in my UDC paperwork and DHO hearing. When LT. Connelly came and asked me to take my window cover I complied and was shot with Peperspray a second later without even given a chance to cuff

up first. This was unnecessary and excessive force. I was targeted and like I was made to be an example of. This incident was recorded on camera. Please see footage on this date to support my statements. I was then briefly showered while fully clothed and then led to a room by the team and undressed nude. There were 3 females present, Captain Wimbish, C.O. Sweany, and counselor Hill. When the team tried to dress me in a papersuit (as I was being restraind) the paper boxers were sizes too small and only made it slightly above my knee's. My privates and rear end where vistable and hanging out. I raised my voice and commented and requested some properly fitting underwear so all could hear, camera man included and was ignored by all including LT. Connelly and Captain Wimbish. They proceeded with the orange paper jump suit that, you can see through with me still being exposed. I was placed in hand and leg restraints which were put on much too

tight
and as my right hand started to turn purple I again shouted at the camera man what was happening. They re-adjusted the cuff once but was still much to tight and has left a permanent scar on my right wrist which has also been documented. Please see PREA report photo. I was then put in a cell with no tolit paper and when I requested to use the bathroom to go #2 LT. Johnson told me to stop making things harder on myself. My only option was to deficate on myself which I chose and tried my hardest to pass on (with success). From 2pm to 12am finally the restraints were took off and my right was so swollen I could not make a fist. This treatment was inhuman and violates my constitutional 8th amendment rights. See Bivens. Cruel and Unusual punishment. When at no time did I show resistence

as she violent behavior. I feel
sexually embarrest and humiliated as
well as morally violated. I have filed
3 BP 8's and a PREA and am
currently awaiting a response. I have
been asking for BP 8s, 9s and 10's
for the last month and have yet to
get one. the 3 I filed I got from
other inmates. This prison staff is
acting very unprofessional to say the
least. Thats why I decreded to
reach out and write you guys. Please
investigate this matter and respond.
To let me know this situation is
being takin seriously. Thank you
for your time and efforts.

Tracy Alshurafa #1376509l

Tray Alshurafa #13765091
Federal Correction Institution
McDowell SHU
P.O. Box 1009
Welch WV. 24801

CHARLESTON WV 250

17 AUG 2020 PM 3 L

Clerk, US, District Court
Elizabeth Kee Federal Building
601 Federal street RM 1000
Bluefield  W.V. 24701

24701-303378