

*Attachment A - <u>Bivens</u> Complaint form*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

FILED

SEP 1 8 2020

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Tracy Ahmad Alshurafa          #13765-091

_____          _____

_____          _____

_____          _____

*(Enter above the full name of the plaintiff*          *(Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action)*

v.                                        CIVIL ACTION NO. 1:20-cv-00546 _____
                                          *(Number to be assigned by Court)*

Captain Wimbish
LT. Connelly
LT. Johnson
          (OF FCI McDowell)
*(Enter above the full name of the defendant*
*or defendants in this action)*

Defendant(s).

**COMPLAINT**

I.   **Parties**

   A.   Name of Plaintiff:   Tracy A. Alshurafa

        Inmate No.:   13765-091

        Address:   P.O. BOX 1009
                   Welch WV. 24801

B.  Additional Plaintiff(s) (provide the same information for each plaintiff as listed in Item A above).

Name of Plaintiff: _____

Inmate No.: _____

Address: _____

_____

Name of Plaintiff: _____

Inmate No.: _____

Address: _____

C.  Name of Defendant: Captain Wimbish

Position: Captain

Place of Employment: FCI McDowell

_____

D.  Additional Defendant(s) (provide the same information for each defendant as listed in Item C above):

Name of Defendant: LT. Connelly

Position: LT.

Place of Employment: FCI Mc Dowell

_____

Name of Defendant: LT. Johnson

Position: LT.

Place of Employment: FCI Mc Dowell

_____

2

**II.    Place of Present Confinement**

Name of Prison/Institution: FCI McDowell

A.    Is this where the events concerning your complaint took place?

Yes ✓          No _____

If you answered "no," where did the events occur? _____

_____

B.    Is there a prisoner grievance procedure in this institution?

Yes ✓          No _____

C.    Did you present the facts relating to your complaint in the prisoner grievance procedure?    Yes ✓          No _____

If you answered "no," explain why not: _____

_____

If you answered "yes," what was the result at level one, level two and level three (attach grievances and responses): I was not satisfied with responses Level one and Level Two and never heard back from level Three. Decieded to persue this form by givin deadline of Sep. 18 th.

**III.    Previous Lawsuits**

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonments?

Yes _____          No ✓

B.    If your answer to A is "yes," describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1.    Parties to the previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

3

2.    Court (if federal court, name the district; if state court, name the county);

_____

3.    Docket Number: _____

4.    Name of judge to whom case was assigned: _____

5.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6.    Approximate date of filing lawsuit: _____

7.    Approximate date of disposition: _____

IV.    **Statement of Claim**

State here, as briefly as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets of paper if necessary.)

On June 22 2020 at 2pm after not getting commisary I covered my cell window in attempt to try and talk to the Captain. Me and my cellie as well as A range of the SHU did not recieve our commisary order for no reason when the rest of the SHU did. This was very frustrating because there is a pamdemic going on in the world and not being able to recieve the 1 book of stamps to write our familys my reasoning for wanting answers. We can

see attachment

4

IV. Statement of Claim (cont.)

only order once every 2 weeks so upon not recieving our orders we would have to wait a month to write our familys when its the main route of communication in the SHU. 2 weeks we have just waited and 2 more we will have to wait till next time. However when C.O. Kendricks, Counselors Lily and Stocks came I took down my cover to briefly talk and express that my goal was to talk to the Captain. Some one who could have the power to help. When LT. Connelly came and told me to take down the cover I refused and wanted to see the Captain. When he came back with the team, and shouted take down the cover and cuff up. I did take down the cover and was imediatly sprayed with out even given the chance to cuff up. This was excessive and unessesary force by LT. Connelly (Defendant) which violates my admendment rights. As can be seen by footage taken on this incident. At no time did I resist or show violent behavior. Although I do take responsibility for my role in covering the window, which I plead guilty for. After being sprayed, showered, I was then placed in a room and being held and still

2

recorded. They stripped me naked to place me in a papersuit, while 3 Females were present. Captain Wimbish (Defendant) C.O. Sweany, Counselor Hill, watching me from in the room and right outside the room looking in the Large windows. When putting on the paper boxers they were sizes too small and barely fit/made it above my knees. With my privates and rear end still exposed. I raised my voice loud for the camera man to hear that I needed some properly fitting paper boxers because, I was still exposed in front of a room full of men and 3 females. They proceeded without attaining to my needs. They put the paper jump suit on me which is see through. I felt sexually embarressed and humiliated. I filed a PREA report about this incident on Captain Wimbish (Defendant) and LT. Connelly (Defendant) for refusing to take action. I felt less then human. And Phsycology has yet to come see how Im doing months Later. After the jumpsuit they put me in hand and Leg restraints and a black box, which were all much too tight. My right hand instantly started

3

to turn purple and again I raised my voice to the camera man to get this mistreatment on footage. He zoomed in and with this Lt. Connelly decieded it was in his best interest to loosen the right cuff one click. Still much too tight. From there I was thrown in a dry cell with no tolit paper and half a mattress. Later on, I notified LT. Johnson that I needed to use the restroom but was unable to because of no tolit paper as well as the cuff on my right wrist being so tight I was unable to manuvear well enough to wipe or eat or do anything. My right hand was becoming swollen. His only answer was he wasn't going to do anything for me so stop making things harder on myself. I stayed this way from 2pm to 12am and when the restraints were taken off my right hand was so swollen I could not make a fist as well as a scar on my right wrist. See photo's taken of it in PREA report by LT. Smith. LT. Johnson (Defendant) denied me my basic human rights as well as demonstrated cruel and unusual punishment which violates

4

my 8th admendment rights. Since this day I have been mentally disturbed and phsyically and emotionally scarred. This place is very unprofessional and has been taunting me since then. Making it very difficult to get BP 8s, 9s and 10's in a timely manner and as well as C.Os and staff making comments to me to degrade me since I've started filing. Telling me to "Shut the Fuck up" by my counselor Malone, and that "I'm a piece of shit" by LT. Johnson as he walked by my door. Recently when using the phone telling my father everything thats happening to me. when I was starting to speak about the sensitive information they shut the phone line down on me, on Aug. 20th. This is a on going thing and, I assume it will continue till my departure.

## V. Relief

State briefly and exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

I am seeking disciplinary action upon Defendants as well as Financial compensation for the mental, and physical damages

Signed this 2nd day of September , 20 20 .

_____
Signature of Plaintiff or Plaintiffs

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on 9·2·2020 .
(Date)

_____
Signature of Plaintiff

5